# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **P. STEPHEN LAMONT,**<br>Plaintiff,<br>vs.<br>**RAMONITA REYES, ET AL.,**<br>Defendants. | CASE NO. 18-cv-01421-YGR<br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jacqueline S. Corley for consideration of whether it is related to Case No. 17-cv-5942.

**IT IS SO ORDERED.**

Dated: March 9, 2018

 _____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**